COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name: Edwin K. Hunter and Hunter, Hunter & Sonnier, LLC v. Preston Marshall, Individually and Rusk Capital Management, L.L.C.

Appellate case number: 01-16-00636-CV

Trial court case number: 2015-35950

Trial court: 11th District Court of Harris County

The Clerk of this Court previously issued a "Notice of Removal to Federal Court" after appellants, Edwin K. Hunter and Hunter, Hunter & Sonnier, LLC (collectively "Hunter Parties"), notified this Court that defendant MarOpCo, Inc. had filed a notice of removal of the underlying trial court proceeding to federal district court. The Hunter Parties have filed a motion to extend the time to file their appellants' brief, stating that the federal district court has remanded the case to the Harris County district court. *See Marshall v. MarOpCo, Inc.*, No. 3:16-CV-3236-G, 2017 WL 697787 (N.D. Tex. Feb. 22, 2017). Accordingly, we **reinstate** the case on the Court's docket.

In their motion to extend time, the Hunter Parties request an extension of thirty days to April 12, 2017, to file their appellants' brief. We grant the motion in part. **The Hunter Parties' appellants' brief is due to be filed no later than April 3, 2017.** *See* TEX. R. APP. P. 4.1, 38.6(a), (d).

Appellees Preston Marshall and Rusk Capital Management, LLC (collectively "Rusk") have filed a response to the motion to extend time in which they oppose the requested extension. Further, Rusk requests that, if we grant the Hunter Parties' extension request, "the Court also lift the stay and allow this case to finally proceed on the merits." On September 1, 2016, we stayed the pretrial proceedings, including discovery, as to the Hunter Parties and noted that the order did affect any stay of "the commencement of any trial on the merits" pursuant to section 51.014(b) and (c) of the Texas Civil Practice and Remedies Code. We deny Rusk's request to lift the stay issued on September 1, 2016.

It is so ORDERED.

Judge's signature:     /s/ Terry Jennings
                                  ☒  Acting individually     ☐  Acting for the Court


Date:  March 9, 2017